IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:01-CR-033 |
| ) | 2:04-CR-038 |
| ) | |
| ROGER D. GUNTER ) | |

**O R D E R**

These cases are before the court on the motion to quash [2:01-CR-033, doc. 78; 2:04-CR-038, doc. 52] filed by movant Sonja L. Grooms. The motion was referred to Chief United States Magistrate Judge Dennis H. Inman for his consideration and determination. On October 31, 2013, the magistrate judge issued a report and recommendation ("R&R") [2:01-CR-033, doc. 84; 2:04-CR-038, doc. 57] recommending that the motion be denied. The deadline for filing objections to the R&R has passed without response.

*De novo* review by the district court of a magistrate judge's report and recommendation is both statutorily and constitutionally required. *See United States v. Shami*, 754 F.2d 670, 672 (6th Cir. 1985). However, it is necessary only to review "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

Even though no objections have been filed, the undersigned has nonetheless thoroughly reviewed the R&R, the pending motions, the briefing of the United States. Finding itself in complete agreement with the magistrate judge, the court **ADOPTS** the

findings of fact and conclusions of law set out in the report and recommendation [2:01-CR-033, doc. 84; 2:04-CR-038, doc. 57].  It is **ORDERED** that the motion to quash [2:01-CR-033, doc. 78; 2:04-CR-038, doc. 52] is **DENIED.**

                                              ENTER:

                                              s/ Leon Jordan
                                       United States District Judge

2

Case 2:01-cr-00033-RLJ   Document 85   Filed 11/26/13   Page 2 of 2   PageID #: 96